**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION**

| | | |
|---|---|---|
| ASCALE TECHNOLOGIES LLC, | § § § | Case No. 7:25-cv-00273 |
| Plaintiff, | § § | **JURY TRIAL DEMANDED** |
| v. | § § | |
| INTEL CORPORATION, | § § | |
| Defendant. | § § § | |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Ascale Technologies LLC ("Ascale" or "Plaintiff") for its Complaint against Intel Corporation ("Intel" or "Defendant"), alleges as follows:

**THE PARTIES**

1.      Ascale is a limited liability company, organized and existing under the laws of the State of Texas, with its principal place of business located at 104 East Houston Street, Suite 140, Marshall, Texas 75760.

2.      Upon information and belief, Intel is a corporation organized and existing under the laws of the State of Delaware, and is located at 2200 Mission College Boulevard, Santa Clara, California 95054. Intel conducts business in Texas and has a registered agent in Texas where it may be served with process via its registered agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas, 75201.

## JURISDICTION AND VENUE

3.      This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1, *et seq*. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1338(a), and 1367.

4.      This Court has specific and personal jurisdiction over Defendant consistent with the requirements of the Due Process Clause of the United States Constitution and the Texas Long Arm Statute. Upon information and belief, Defendant has sufficient minimum contacts with the forum because Defendant has physical locations and transacts substantial business in the State of Texas and in this Judicial District. Further, Defendant has, directly or through subsidiaries or intermediaries, committed and continues to commit acts of patent infringement in the State of Texas and in this Judicial District as alleged in this Complaint, as alleged more particularly below.

5.      Venue is proper in this Judicial District pursuant to 28 U.S.C. §§ 1391 and 1400(b). Intel is registered to do business in Texas and, upon information and belief, Intel has transacted business in this Judicial District, has committed acts of direct and indirect infringement in this Judicial District, and has regular and established places of business in this Judicial District as set forth above. Intel is subject to personal jurisdiction in this Judicial District and has committed acts of patent infringement in this Judicial District. On information and belief, Intel through its own acts and/or through the acts of others, makes, uses, sells, offers to sell, and/or imports infringing products within this Judicial District, regularly does and solicits business in this Judicial District, and has the requisite minimum contacts with the Judicial District such that this venue is a fair and reasonable one. Defendant has a regular and established place of business in this District, including at least a facility located at 1300 South MoPac Expressway, Austin, Texas 78746.

## PATENTS-IN-SUIT

6.      On February 10, 2009, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 7,490,266 (the "'266 Patent") entitled "Integrated Circuit and Processing System with Improved Power Source Monitoring and Methods For Use Therewith." A true and correct copy of the '266 Patent is attached as Exhibit A.

7.      On May 31, 2011, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 7,953,991 (the "'991 Patent") entitled "Processing System and Methods for use Therewith." A true and correct copy of the '991 Patent is attached as Exhibit B.

8.      On May 27, 2014, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 8,739,165 (the "'165 Patent") entitled "Shared Resource Based Thread Scheduling with Affinity and/or Selectable Criteria." A true and correct copy of the '136 Patent is attached as Exhibit C.

9.      On July 28, 2015, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 9,094,135 (the "'135 Patent") entitled "Die Stack with Optical TSVs." A true and correct copy of the '135 Patent is attached as Exhibit D.

10.     On June 24, 2014, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 8,760,136 (the '136 Patent) entitled "Dynamic Voltage Scaling Interface". A true and correct copy of the '136 Patent is attached as Exhibit E.

11.     Collectively, the '266 Patent, the '991 Patent, the '165 Patent, the '135 Patent, and the '136 Patent are referred to as the "Patents-in-Suit" or "Asserted Patents." Ascale is the sole and exclusive owner of all right, title, and interest to and in the Patents-in-Suit, and holds the exclusive right to take all actions necessary to enforce its rights to the Patents-in-Suit, including

the filing of this patent infringement lawsuit. Ascale also has the right to recover all damages for infringement of the Patents-in-Suit as appropriate under the law.

## FACTUAL ALLEGATIONS

12.     The '266 Patent generally relates to the field of processing systems as may be used in systems on integrated circuits and related methods, and more specifically to efficient implementation of a processor in conjunction with a battery or external power supply. The technology described in the '266 Patent was developed by Marcus W. May. By way of example, this technology is implemented today in processors that operate in conjunction with a power and/or battery management module, such as a battery management IC, PMU, and/or PMIC.

13.     The '991 Patent generally relates to the field of processing systems as may be used in systems on integrated circuits and related methods, and more specifically to efficient implementation of a processor in conjunction with a battery or external power supply. The technology described in the '991 Patent was developed by Matthew Brady Henson, and Daniel Mulligan. By way of example, this technology is implemented today in variety of chip integrated microprocessor circuits.

14.     The '165 Patent generally relates to the field of thread scheduling as may be used in a variety of integrated circuits. The technology described in the '165 Patent was developed by Andrew C. Russel, and William C. Moyer. By way of example, this technology is implemented today in variety of chip integrated circuits.

15.     The '135 Patent generally relates to the field of semiconductor devices, and the manufacturing of semiconductor devices. The technology described in the '135 Patent was developed by Perry H. Pelley, Tab A. Stephens, and Michael B. McShane. By way of example,

this technology is implemented today in semiconductors for processors, and in a variety of integrated circuits.

16.    The '136 Patent generally relates to the field of dynamic voltage scaling interfaces, and more specifically to techniques and apparatus for controlling a dynamic voltage scaling interface. The technology described in the '136 Patent was developed by Gordon Lee and Christopher K.Y. Chun. By way of example, this technology is implemented in Intel processors that implement DVFS functionality.

17.    Upon information and belief, Intel has had knowledge and notice of the Patents-in-Suit, and its infringement thereof, since they issued. Intel was a direct competitor to Freescale Semiconductor, Inc. ("Freescale") prior to its acquisition by NXP (and to SigmaTel prior to its acquisition by Freescale) and, upon information and belief, monitored or was otherwise aware of its patented inventions, including due to their impact on Freescale and Intel's market position, and based on its hiring of former Freescale employees. Alternatively, to the extent that Intel avoided actual knowledge of the Patents-in-Suit, and its infringement thereof, it was willfully blind. Upon information and belief, to the extent it lacked actual knowledge of infringement, Intel deliberately avoided learning of infringement, despite subjectively believing that there was a high probability that it infringed NXP or Freescale's patents, and specifically the Patents-in-Suit. Upon information and belief, Intel has adopted a policy or practice of not reviewing the patents of others, including those related to Intel's specific industry and of NXP and Freescale in particular, thereby remaining willfully blind to the Patents-in-Suit. Upon information and belief, Intel lacks written policies disseminated to employees regarding monitoring or avoidance of patent infringement by Intel, and lacks mechanisms for employees to report patents which they believe Intel may infringe. Upon information and belief, Intel and its employees understood that there was a high likelihood that

patents filed on innovations by Freescale, SigmaTel, and NXP read on the Accused Products based on their widely publicized R&D programs, and competitor status.

18.    Intel has infringed and is continuing to infringe one or more of the Patents-in-Suit by making, using, selling, offering to sell, and/or importing, and by actively inducing others to make, use, sell, offer to sell, and/or import, semiconductors and semiconductor manufacturing processes, system on chip devices, integrated circuits including a processor including, but not limited to, microcontrollers (MCUs), DSPs, Processors, Wireless Connectivity chips, Display Controllers, and PMICs (the "Accused Products"). The Accused Products include at least Intel Core Processors with Fully Integrated Voltage Regulators (FIVR), Intel Agilex 5 FPGA and SoC FPGA Series (including, but not limited to, Intel Stratix 10 FPGA and SoC FPGA, Intel Agilex 7 FPGAs and SoCs Device) , Intel Core Processors (12th Gen, 13th Gen, and 14th Gen processors with Intel Thread Director), Intel Photonics IC (PIC) TX, and Optical Compute Interconnect (OCI) with PIC.

## COUNT I
### (Infringement of the '266 Patent)

19.    Paragraphs 1 through 18 are incorporated by reference as if fully set forth herein.

20.    Ascale has not licensed or otherwise authorized Intel to make, use, offer for sale, sell, or import any products that embody the inventions of the '266 Patent.

21.    Intel has and continues to directly infringe the '266 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '266 Patent. These products include at least Intel microprocessors with Fully Integrated Voltage Regulators.

22.    For example, Defendant has and continues to directly infringe at least claim 23 of the '266 Patent by making, using, offering to sell, selling, and/or importing into the United States products that comprise a method comprising: powering up a power source in response to a user event to thereby provide power to a processing module of an integrated circuit; monitoring the power source using an on-chip power monitor circuit of the integrated circuit; and powering down the power source and the processing module from the on-chip power monitor circuit when a first error condition is detected in the power source.

23.    The Accused Products comprise a method comprising: powering up a power source in response to a user event to thereby provide power to a processing module of an integrated circuit. For example, Intel microprocessors with Fully Integrated Voltage Regulators ("FIVR") include integrated voltage regulators that manage the power delivery to different parts of the processor, such as cache and cores (processing modules), which are present on the same package/die (integrated circuit). For example, Each FIVR is independently programmable to achieve optimal operation given the requirements of the domain it is powering. The settings are optimized by the Power Control Unit (PCU), which specifies the input voltage, output voltage, number of operating phases, and a variety of other settings to minimize the total power consumption of the die.

Intel's® 4th generation Core™ microprocessors (code name Haswell) are powered by Fully Integrated Voltage Regulators (FIVR), the industry's first large scale deployment of high current switching regulators integrated into a VLSI die and package. An overview of the scheme is given in Fig. 1(a). A first stage VR, which is on the motherboard, converts from the PSU or battery voltage (12-20V) to approximately 1.8V, which is distributed across the microprocessor die. The second conversion stage is comprised of between 8 and 31 (depending on the product) FIVRs, which are 140MHz synchronous multiphase buck converters with up to 16 phases. A simplified schematic for a two phase FIVR domain is shown in Fig. 1(b). The power FETs, control circuitry and high frequency decoupling are on the die, while the inductors and mid-frequency input decoupling capacitors are placed on the package. Each FIVR is independently programmable to achieve optimal operation given the requirements of the domain it is powering. The settings are optimized by the Power Control Unit (PCU), which specifies the input voltage, output voltage, number of operating phases, and a variety of other settings to minimize the total power consumption of the die.

FIVR is the enabling technology behind key improvements for Intel's® 4th generation Core™ microprocessors including a 50% or more increase in battery life for mobile products, and a 2-3x increase in peak available power (which converts into burst performance). The motherboard voltage regulators eliminated by FIVR free up space that can be used to add platform features or reduce platform dimensions. Details are discussed in Section V.

Source: https://xdevs.com/doc/_PC_HW/Intel_FIVR_burton2014.pdf



Figure 1.   (a) Representative partitioning of the separate high current power domains on a 4th generation Core™ Microprocessor. (b) Simplified schematic of a single FIVR domain, showing the partitioning of the components between the die and the package.

Source: https://xdevs.com/doc/_PC_HW/Intel_FIVR_burton2014.pdf



Source: https://wccftech.com/intel-ice-lake-return-fvir-wip/

### 13.1.2    Voltage Regulator

The processor has main voltage rails (Vcc$_{CORE}$), (Vcc$_{GT}$), (Vcc$_{SA}$) and a voltage rail for the memory interface (V$_{DD2}$). The voltage rail Vcc$_{CORE}$ will supply the integrated voltage regulators which in turn will regulate to the appropriate voltages for the Cores, cache. The Vcc$_{CORE}$ rail will remain a VID-based voltage with a loadline similar to the core voltage rail in previous processors.

Source: https://www.intel.com/content/www/us/en/content-details/792044/intel-core-ultra-processor-datasheet-volume-1-of-2.html

24.     The Accused Products comprise a method to monitor the power source using an on-chip power monitor circuit of the integrated circuit. For example, the on-chip power monitor circuit in Intel microprocessors with FIVR continuously oversees the power source. For example, it monitors voltage levels, current draw, and temperature across different power domains. For example, The Power Control Unit (PCU) of Intel microprocessors with FIVR receives data from these monitors and optimizes settings for each FIVR to minimize total power consumption. Based upon information and belief, the monitoring ensures that power fluctuations, drops, or voltage spikes are detected in real time. Furthermore, voltage regulators in the Intel microprocessors with FIVR detects its own Vcc input and it remains in the disabled state until the input voltage reaches the valid levels. For example, voltage regulators of Intel microprocessors with FIVR, shut down if the detected input voltage is outside of the normal range.

## 2.10    VR Vcc Under-Voltage Lockout (UVLo) – EXPECTED

The VR should detect its own Vcc input and remain in the disabled state until valid Vcc level is available or reached; However, the PWM and driver chips should coordinate start up such that both the PWM Vcc and power conversion rail (typically +12 V) of the buck converter are both up and valid prior to enabling the PWM function. The PWM and Driver combination need to be tolerant of any sequencing combination of 3.3 V, 5 V or 12 V input rails. If either the Vcc or power conversion rail fall below the UVLo thresholds, the PWM should shut down in an orderly manner and restart the start up sequence.

20                    Voltage Regulator Module (VRM) and Enterprise Voltage Regulator-Down (EVRD) 11.1 Design Guidelines

Source: https://www.intel.it/content/dam/doc/design-guide/voltage-regulator-module-enterprise-voltage-regulator-down-11-1-guidelines.pdf

Input Voltage and Current                                          

# 3    Input Voltage and Current

## 3.1    Input Voltages – EXPECTED

The power source for the VRM/EVRD is **12 V +5% / −8%**. This voltage is supplied by a separate power supply. For input voltages outside the normal operating range, the VRM/EVRD 11.1 should either operate properly or shut down.

Source: https://www.intel.it/content/dam/doc/design-guide/voltage-regulator-module-enterprise-voltage-regulator-down-11-1-guidelines.pdf

25.    The Accused Products comprise a method to powering down the power source and the processing module from the on-chip power monitor circuit when a first error condition is detected in the power source. For example, if the Intel microprocessor with FIVR detects an error in a power source, FIVR shuts down the power source and the processing module from the on-chip power monitor circuit to prevent damage to the integrated circuit.

## 2.10    VR Vcc Under-Voltage Lockout (UVLo) – EXPECTED

The VR should detect its own Vcc input and remain in the disabled state until valid Vcc level is available or reached; However, the PWM and driver chips should coordinate start up such that both the PWM Vcc and power conversion rail (typically +12 V) of the buck converter are both up and valid prior to enabling the PWM function. The PWM and Driver combination need to be tolerant of any sequencing combination of 3.3 V, 5 V or 12 V input rails. If either the Vcc or power conversion rail fall below the UVLo thresholds, the PWM should shut down in an orderly manner and restart the start up sequence.

20                Voltage Regulator Module (VRM) and Enterprise Voltage Regulator-Down (EVRD) 11.1 Design Guidelines

Source: https://www.intel.it/content/dam/doc/design-guide/voltage-regulator-module-enterprise-voltage-regulator-down-11-1-guidelines.pdf

Input Voltage and Current



# 3        Input Voltage and Current

## 3.1        Input Voltages – EXPECTED

The power source for the VRM/EVRD is **12 V +5% / −8%**. This voltage is supplied by a separate power supply. For input voltages outside the normal operating range, the VRM/EVRD 11.1 should either operate properly or shut down.

Source: https://www.intel.it/content/dam/doc/design-guide/voltage-regulator-module-enterprise-voltage-regulator-down-11-1-guidelines.pdf

## 4.1        Over-Voltage Protection (OVP) – EXPECTED

The OVP circuit monitors the processor core voltage (Vcc) for an over-voltage condition. If the VR output's momentary overshoot is more than **200 mV** above the VID level, in steady VID condition, the VRM/EVRD 11.1 should shut off its output and latch off. OVP circuit should allow for a normal dVID change conditions. Un-latching may be performed by toggling off/on the VR's input power.

Source: https://www.intel.it/content/dam/doc/design-guide/voltage-regulator-module-enterprise-voltage-regulator-down-11-1-guidelines.pdf

26.     Intel indirectly infringes one or more claims of the '266 Patent by knowingly and intentionally inducing others, including Intel customers and end-users of the Accused Products and products that include the Accused Products, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United

States products that include infringing technology, such as Intel microprocessors with Fully Integrated Voltage Regulators.

27.     Intel indirectly infringes one or more claims of the '266 Patent, as provided by 35 U.S.C. § 271(b), by inducing infringement by others, such as Intel's customers and end-users, in this District and elsewhere in the United States. For example, Intel's customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the '266 Patent. Intel induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation. Because of Intel's inducement, Intel's customers and end-users use Accused Products in a way Intel intends and directly infringe the '266 Patent. Intel performs these affirmative acts with knowledge of the '266 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '266 Patent.

28.     Intel indirectly infringes one or more claims of the '266 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Intel's affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold and offered for sale contributes to others' use and manufacture of the Accused Products, such that the '266 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the '266 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing

uses, and are known by Intel to be especially made or adapted for use in the infringement of the '266 Patent. Intel performs these affirmative acts with knowledge of the '266 Patent and with intent, or willful blindness, that it causes the direct infringement of the '266 Patent.

29.     Ascale has suffered damages as a result of Defendant's direct and indirect infringement of the '266 Patent in an amount to be proved at trial.

**COUNT II**
**(Infringement of the '991 Patent)**

30.     Paragraphs 1 through 18 are incorporated by reference as if fully set forth herein.

31.     Ascale has not licensed or otherwise authorized Intel to make, use, offer for sale, sell, or import any products that embody the inventions of the '991 Patent.

32.     Intel has and continues to directly infringe the '991 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '991 Patent. These products include at least Intel's Agilex 5 Series.

33.     For example, Defendant has and continues to directly infringe at least claim 13 of the '991 Patent by making, using, offering to sell, selling, and/or importing into the United States products that comprise a method comprising: receiving a temperature signal; making a first comparison between the temperature signal and a first temperature threshold; making a second comparison between the temperature signal and a second temperature threshold that is greater than the first temperature threshold; adjusting a source voltage to a memory module in response to the first comparison and the second comparison, by increasing the source voltage when the temperature signal indicates that a temperature is either below the first temperature threshold or above the second temperature threshold; and maintaining the source voltage at a current level when

14

the temperature signal indicates that the temperature of the memory module is between the first and second temperature thresholds.

34.    The Accused Products comprise a method for receiving a temperature signal. For example, the Intel Agilex 5 Series has "on-chip voltage and temperature sensors."

## 4. Agilex 5 Sensor Monitoring System

Agilex 5 devices provide you with on-chip voltage and temperature sensors. You can use these sensors to monitor external voltages and on-chip operation conditions such as the internal power rail and on-chip junction temperature.

The Agilex 5 sensor monitoring system stores sampled data in the secure device manager (SDM). You can read the voltage and temperature values in the SDM by using the Mailbox Client Intel FPGA IP or the Mailbox Client with Avalon® Streaming Interface Intel FPGA IP.

Source: https://cdrdv2-public.intel.com/813162/ug-813161-813162.pdf

35.    The Accused Products comprise a method for making a first comparison between the temperature signal and a first temperature threshold. For example, the Agilex 5 Series devices maintain device performance by increasing the voltage at a given specific colder temperature (first temperature threshold).

## 5.1.3. Temperature Compensation

Agilex 5 devices are able to compensate for performance degradation at colder temperatures by raising the voltage. While raising the voltage increases the dynamic power consumption, the increase in dynamic power consumption is countered by lower leakage at cold temperatures, thus enabling total power consumption at cold temperatures to still be equal or lower than at hot temperatures.

The SmartVID feature supports this dynamic voltage adjustment. The SDM Power Manager checks for local temperature sensor changes and updates the new VID value with voltage step not more than 5 mV if the temperature crosses the threshold point.

Source: https://cdrdv2-public.intel.com/813162/ug-813161-813162.pdf



Source: https://cdrdv2-public.intel.com/813162/ug-813161-813162.pdf

36.    The Accused Products comprise a method for making a second comparison between the temperature signal and a second temperature threshold that is greater than the first temperature threshold. For example, Agilex 5 Series devices maintain the device performance by comparison with a hot temperature (second temperature threshold) that is greater than the first temperature threshold. The SDM Power Manager checks for temperature changes and updates the VID value when the temperature crosses the threshold point.

## 5.1.3. Temperature Compensation

Agilex 5 devices are able to compensate for performance degradation at colder temperatures by raising the voltage. While raising the voltage increases the dynamic power consumption, the increase in dynamic power consumption is countered by lower leakage at cold temperatures, thus enabling total power consumption at cold temperatures to still be equal or lower than at hot temperatures.

The SmartVID feature supports this dynamic voltage adjustment. The SDM Power Manager checks for local temperature sensor changes and updates the new VID value with voltage step not more than 5 mV if the temperature crosses the threshold point.

Source: https://cdrdv2-public.intel.com/813162/ug-813161-813162.pdf



**Agilex 5 FPGAs Local Temperature Sensor**

This figure is a block diagram of the local temperature sensors. For the physical locations of the sensors, refer to the related information.

Agilex 5 devices provide up to 4 local temperature sensor locations for monitoring on-chip temperature.

Refer to the related information for more details about the locations and availability of the temperature sensors in different Agilex 5 series, densities, and packages.

37.     The Accused Products comprise a method for adjusting a source voltage to a memory module in response to the first comparison and the second comparison, by increasing the source voltage when the temperature signal indicates that a temperature is either below the first temperature threshold or above the second temperature threshold. For example, in Agilex 5 Series devices, dynamic voltage adjustment will occur if the temperature changes 20 +/- 5 degrees, as shown below.

## 4. Agilex 5 Sensor Monitoring System

Agilex 5 devices provide you with on-chip voltage and temperature sensors. You can use these sensors to monitor external voltages and on-chip operation conditions such as the internal power rail and on-chip junction temperature.

The Agilex 5 sensor monitoring system stores sampled data in the secure device manager (SDM). You can read the voltage and temperature values in the SDM by using the Mailbox Client Intel FPGA IP or the Mailbox Client with Avalon® Streaming Interface Intel FPGA IP.

Source: https://cdrdv2-public.intel.com/813162/ug-813161-813162.pdf

## 5.1.3. Temperature Compensation

Agilex 5 devices are able to compensate for performance degradation at colder temperatures by raising the voltage. While raising the voltage increases the dynamic power consumption, the increase in dynamic power consumption is countered by lower leakage at cold temperatures, thus enabling total power consumption at cold temperatures to still be equal or lower than at hot temperatures.

The SmartVID feature supports this dynamic voltage adjustment. The SDM Power Manager checks for local temperature sensor changes and updates the new VID value with voltage step not more than 5 mV if the temperature crosses the threshold point.

Source: https://cdrdv2-public.intel.com/813162/ug-813161-813162.pdf

## 5.1.2. SDM Power Manager

In Agilex 5 devices, the SmartVID feature is managed by the SDM subsystem. The SDM subsystem is powered up after $V_{CC}$ and $V_{CCP}$ voltage levels are powered up to 0.8V. The SDM Power Manager reads the VID-fused value and communicates this value to the external voltage regulator through the PMBus interface.

Source: https://cdrdv2-public.intel.com/813162/ug-813161-813162.pdf

**Figure 19.    Temperature Compensation for SmartVID for Agilex 5 Devices—Preliminary**

The SDM monitors the temperature, normally at every 500 ms, and adjusts the voltage by communicating with the power management system. Dynamic voltage adjustment is made by the SDM after the sensor detects the temperature setting changes for every 20±5 °C.



Source: https://cdrdv2-public.intel.com/813162/ug-813161-813162.pdf

38.     The Accused Products comprise a method for maintaining the source voltage at a current level when the temperature signal indicates that the temperature of the memory module is between the first and second temperature thresholds. For example, in Agilex 5 Series devices,

dynamic voltage adjustment does not occur if the temperature remains within 20 +/- 5 degrees, as shown below.



**Figure 11.    SDM Power Manager Block Diagram**

The SDM Power Manager has the following stages:

- Initial stage
  - Set the external voltage regulator to supply power to $V_{CC}$ and $V_{CCP}$ to the voltage level based on the boosted VID-fused value and the device temperature.
  - Configures the FPGA and switches the FPGA to user mode.
- Monitor stage
  - Monitors temperature and updates $V_{CC}$ and $V_{CCP}$.

Source: https://cdrdv2-public.intel.com/813162/ug-813161-813162.pdf



**Figure 19.    Temperature Compensation for SmartVID for Agilex 5 Devices—Preliminary**

The SDM monitors the temperature, normally at every 500 ms, and adjusts the voltage by communicating with the power management system. Dynamic voltage adjustment is made by the SDM after the sensor detects the temperature setting changes for every 20±5 °C.

Source: https://cdrdv2-public.intel.com/813162/ug-813161-813162.pdf

39.     Intel indirectly infringes one or more claims of the '991 Patent by knowingly and intentionally inducing others, including Intel customers and end-users of the Accused Products and products that include the Accused Products, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include infringing technology, such as Intel's Agilex 5 Series.

40.     Intel indirectly infringes one or more claims of the '991 Patent, as provided by 35 U.S.C. § 271(b), by inducing infringement by others, such as Intel's customers and end-users, in this District and elsewhere in the United States. For example, Intel's customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the '991 Patent. Intel induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation. Because of Intel's inducement, Intel's customers and end-users use Accused Products in a way Intel intends and directly infringe the '991 Patent. Intel performs these affirmative acts with knowledge of the '991 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '991 Patent.

41.     Intel indirectly infringes one or more claims of the '991 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Intel's affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold and offered for sale contributes to others' use

and manufacture of the Accused Products, such that the '991 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the '991 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Intel to be especially made or adapted for use in the infringement of the '991 Patent. Intel performs these affirmative acts with knowledge of the '991 Patent and with intent, or willful blindness, that it causes the direct infringement of the '991 Patent.

42.     Ascale has suffered damages as a result of Defendant's direct and indirect infringement of the '991 Patent in an amount to be proved at trial.

## COUNT III
### (Infringement of the '165 Patent)

43.     Paragraphs 1 through 18 are incorporated by reference as if fully set forth herein

44.     Ascale has not licensed or otherwise authorized Intel to make, use, offer for sale, sell, or import any products that embody the inventions of the '165 Patent.

45.     Intel has and continues to directly infringe the '165 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '165 Patent. These products include at least Intel products with Intel Thread Director.

46.     For example, Defendant has and continues to directly infringe at least claim 1 of the '165 Patent by making, using, offering to sell, selling, and/or importing into the United States products that comprise a method for operating an apparatus having a plurality of processors, comprising: determining if a thread needs to be executed on one or more of the plurality of processors; determining if one or more of the plurality of processors is available to execute the thread, and is thus an available processor; determining if the thread has an affinity for the available

processor, wherein said determining if the thread has the affinity for the available processor comprises counting a number of writes by one or more other threads to a cache associated with the available processor since the thread was last executed on the available processor; if the thread has the affinity for the available processor, selecting the available processor as a chosen processor to execute the thread; if the thread does not have the affinity for the available processor, determining a number of active devices; if the thread does not have the affinity for the available processor, determining if minimize power is selected; if minimize power is selected, choosing a first processor of the plurality of processors to execute the thread so that the number of active devices is minimized; if the thread does not have the affinity for the available processor, determining if maximize performance is selected; and if maximize performance is selected, choosing a second processor of the plurality of processors to execute the thread so that the number of active devices is maximized.

47.    The Accused Products comprise a method for determining if a thread needs to be executed on one or more of the plurality of processors. For example, Intel products with Intel Thread Director, comprise a plurality of processors (Performance-cores and Efficient-cores). For example, Intel products with Intel Thread Director determine if a thread needs to be executed on one or more of the plurality of processors (or cores).



Source: https://wccftech.com/intel-lunar-lake-cpu-architecture-deep-dive-lion-cove-skymont-double-digit-ipc-new-thread-director/

## Intel® Thread Director and Operating System Vendor (OSV) Optimizations for the Performance Hybrid Architecture

Intel® Thread Director is built on top of Lakefield Hardware Guided Scheduling (HGS) support. It provides Instruction Set Architecture (ISA) awareness to the operating system to indicate performance differences (and power-efficient changes) between the Performance-cores and Efficient-cores. This awareness allows Intel Thread Director to schedule threads on the core which best fit the task.

Source: https://www.intel.com/content/www/us/en/developer/articles/guide/12th-gen-intel-core-processor-gamedev-guide.html

Normally, the OS would be making these decisions based on static, pre-programmed threading with core assignments. To keep this overhead from going on the software, we wanted to develop a hardware solution that would assist the OS achieve optimal runtime scheduling by the Intel Thread Director giving the OS more information by monitoring instruction mix, the current state of each core, and the relevant microarchitecture telemetry at much more granular level than would be available via instrumentation

Source: https://cdrdv2-public.intel.com/685861/211115_Hybrid_WP_1_Introduction_v1.2.pdf

48.    The Accused Products comprise a method for determining if one or more of the plurality of processors is available to execute the thread, and is thus an available processor. For example, Intel products with Intel Thread Director continuously monitor the state of each

processor (or core), and the instruction mix of each thread with nanosecond precision. This allows the Intel Thread Director to determine the following: threads that need to be executed, processors (cores) that are available, and type of cores (Performance or Efficient) that are best suited for a given thread.



Source: https://www.youtube.com/watch?v=WUvceKhoLY8&t=115s

What Is the Intel® Thread Director?

The Intel® Thread Director supplies the behind-the-scenes magic that maximizes hybrid performance.

Built directly into the hardware[1], the Thread Director uses machine learning to schedule tasks on the right core at the right time (opposed to relying on static rules). This helps ensure that Performance-cores and Efficient-cores work in concert; background tasks don't slow you down, and you can have more apps open simultaneously.

Here's how the Intel® Thread Director works:
- It monitors the runtime instruction mix of each thread and the state of each core with nanosecond precision.
- It provides runtime feedback to the OS to make the optimal decision for any workload.
- It dynamically adapts its guidance according to the Thermal Design Point (TDP) of the system, operating conditions, and power settings.

Source: https://www.intel.com/content/www/us/en/gaming/resources/how-hybrid-design-works.html

Normally, the OS would be making these decisions based on static, pre-programmed threading with core assignments. To keep this overhead from going on the software, we wanted to develop a hardware solution that would assist the OS achieve optimal runtime scheduling by the Intel Thread Director giving the OS more information by monitoring instruction mix, the current state of each core, and the relevant microarchitecture telemetry at much more granular level than would be available via instrumentation

Source: https://cdrdv2-public.intel.com/685861/211115_Hybrid_WP_1_Introduction_v1.2.pdf

49.     The Accused Products comprise a method for determining if the thread has an affinity for the available processor, wherein said determining if the thread has the affinity for the available processor comprises counting a number of writes by one or more other threads to a cache associated with the available processor since the thread was last executed on the available processor; if the thread has the affinity for the available processor, selecting the available processor as a chosen processor to execute the thread. For example, based upon information and belief, Intel products with Thread Director can infer whether a thread has an affinity for a particular processor or core. For example, based upon information and belief, Intel products with Thread Director are configured to detect frequent cache writes by other threads in a cache associated with the available core, it interprets that as a potential affinity for that core. This cache activity suggests that other threads might be frequently accessing data used by the original thread, indicating a potential data locality advantage if the thread were executed on that core. For example, based upon information and belief, Intel products with Thread Director are configured to the use this data in machine learning algorithms to predict the optimal placement for each thread based on its historical behavior and current workload needs. For example, based upon information and belief, Intel products with Thread Director have machine learning algorithms configured to analyze cache residency patterns, execution efficiency, and thermal constraints to determine where each thread should be executed for maximum performance or efficiency.

What Is the Intel® Thread Director?

The Intel® Thread Director supplies the behind-the-scenes magic that maximizes hybrid performance.

Built directly into the hardware[1], the Thread Director uses machine learning to schedule tasks on the right core at the right time (opposed to relying on static rules). This helps ensure that Performance-cores and Efficient-cores work in concert; background tasks don't slow you down, and you can have more apps open simultaneously.

Here's how the Intel® Thread Director works:
- It monitors the runtime instruction mix of each thread and the state of each core with nanosecond precision.
- It provides runtime feedback to the OS to make the optimal decision for any workload.
- It dynamically adapts its guidance according to the Thermal Design Point (TDP) of the system, operating conditions, and power settings.

Source: https://www.intel.com/content/www/us/en/gaming/resources/how-hybrid-design-works.html

Normally, the OS would be making these decisions based on static, pre-programmed threading with core assignments. To keep this overhead from going on the software, we wanted to develop a hardware solution that would assist the OS achieve optimal runtime scheduling by the Intel Thread Director giving the OS more information by monitoring instruction mix, the current state of each core, and the relevant microarchitecture telemetry at much more granular level than would be available via instrumentation

Source: https://cdrdv2-public.intel.com/685861/211115_Hybrid_WP_1_Introduction_v1.2.pdf

We already had a performance monitoring unit (PMU) that provides some of the best hardware telemetry in the industry. By developing a hardware solution like our 12th Generation Intel Core processors  and pairing them with the Intel Thread Director, we allow this new solution to still access the PMU and provide the OS with that much-needed telemetry data. Intel Thread Director can communicate directly to Windows OS scheduler, providing "hints" to the scheduler about what task should be handled by which core. By making foreground and background tasks more efficient, Intel Thread Director can give hints to Windows OS scheduler to see that each task gets assigned to the proper core. As a result of these functionality and performance enhancements, tech news outlets are already seeing gains in Intel systems.

Source: https://cdrdv2-public.intel.com/685861/211115_Hybrid_WP_1_Introduction_v1.2.pdf

Thread specific hardware support is enumerated via the CPUID instruction and enabled by the operating system via writing to configuration MSRs. The Intel Thread Director implementation on processors based on Alder Lake performance hybrid architecture defines four thread classes:

1. Non-vectorized integer or floating-point code.

2. Integer or floating-point vectorized code, excluding Intel® Deep Learning Boost (Intel® DL Boost) code.

3. Intel DL Boost code.

4. Pause (spin-wait) dominated code.

The dynamic code need not be 100% of the class definition. It should be large enough to be considered belonging to that class. Also, dynamic microarchitectural metrics such as consumed memory bandwidth or cache bandwidth may move software threads between classes. Example pseudo-code sequences for the Intel Thread Director classes available on processors based on Alder Lake performance hybrid architecture are provided in Examples 2-1 through 2-4.

Source: https://cdrdv2-public.intel.com/814198/248966-Optimization-Reference-Manual-V1-050.pdf

50.    The Accused Products comprise a method for determining if the thread does not have the affinity for the available processor, determining a number of active devices; if the thread does not have the affinity for the available processor, determining if minimize power is selected; if minimize power is selected, choosing a first processor of the plurality of processors to execute the thread so that the number of active devices is minimized; if the thread does not have the affinity for the available processor, determining if maximize performance is selected; and if maximize performance is selected, choosing a second processor of the plurality of processors to execute the thread so that the number of active devices is maximized. For example, Intel products with Thread Director are configured to monitor the system state, including the number of active cores in the chip. For example, Intel products with Thread Director assess this by tracking the status of each core in terms of power, performance mode, and thermal constraints. For example, on information and belief, Intel products with Thread Director are configured to identify which cores are active, idle, or in a power-saving state. For example, Intel products with Thread Director can be configured to prioritize power-saving strategies when selecting cores for thread execution. For example, on information and belief, Intel products with Thread Director in power-saving mode choose the core that minimizes active devices to conserve power, such as allocating threads to fewer cores to allow other cores to enter a low-power or idle state. This approach reduces the overall power consumption of the CPU by consolidating tasks on fewer cores. For example, on information and belief, Intel products with Thread Director may be configured to be in performance mode (maximize performance selected), in this mode, Thread Director schedules threads across as many active cores as possible to maximize utilization and parallelism allowing for increased instruction throughput and faster processing.



Source: https://www.youtube.com/watch?v=WUvceKhoLY8&t=115s

What Is the Intel® Thread Director?

The Intel® Thread Director supplies the behind-the-scenes magic that maximizes hybrid performance.

Built directly into the hardware*, the Thread Director uses machine learning to schedule tasks on the right core at the right time (opposed to relying on static rules). This helps ensure that Performance-cores and Efficient-cores work in concert; background tasks don't slow you down, and you can have more apps open simultaneously.

Here's how the Intel® Thread Director works:
- It monitors the runtime instruction mix of each thread and the state of each core with nanosecond precision.
- It provides runtime feedback to the OS to make the optimal decision for any workload.
- It dynamically adapts its guidance according to the Thermal Design Point (TDP) of the system, operating conditions, and power settings.

Source: https://www.intel.com/content/www/us/en/gaming/resources/how-hybrid-design-works.html



Source: https://wccftech.com/intel-lunar-lake-cpu-architecture-deep-dive-lion-cove-skymont-double-digit-ipc-new-thread-director/

By identifying the class of each workload and using its energy and performance core scoring mechanism, the Intel® Thread Director helps the OS schedule threads on the best core for performance or efficiency.

Source: https://www.intel.com/content/www/us/en/gaming/resources/how-hybrid-design-works.html

51.    Intel indirectly infringes one or more claims of the '165 Patent by knowingly and intentionally inducing others, including Intel customers and end-users of the Accused Products and products that include the Accused Products, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include infringing technology, such as Intel products with Intel Thread Director.

52.     Intel indirectly infringes one or more claims of the '165 Patent, as provided by 35 U.S.C. § 271(b), by inducing infringement by others, such as Intel's customers and end-users, in this District and elsewhere in the United States. For example, Intel's customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the '165 Patent. Intel induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation. Because of Intel's inducement, Intel's customers and end-users use Accused Products in a way Intel intends and directly infringe the '165 Patent. Intel performs these affirmative acts with knowledge of the '165 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '165 Patent.

53.     Intel indirectly infringes one or more claims of the '165 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Intel's affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold and offered for sale contributes to others' use and manufacture of the Accused Products, such that the '165 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the '165 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Intel to be especially made or adapted for use in the infringement of the

'165 Patent. Intel performs these affirmative acts with knowledge of the '165 Patent and with intent, or willful blindness, that it cause the direct infringement of the '165 Patent.

54.     Ascale has suffered damages as a result of Defendant's direct and indirect infringement of the '165 Patent in an amount to be proved at trial.

**COUNT IV**
**(Infringement of the '135 Patent)**

55.     Paragraphs 1 through 18 are incorporated by reference as if fully set forth herein.

56.     Ascale has not licensed or otherwise authorized Intel to make, use, offer for sale, sell, or import any products that embody the inventions of the '135 Patent.

57.     Intel has and continues to directly infringe the '135 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '135 Patent. These products include at least Intel Photonic Integrated Circuits.

58.     For example, Defendant has and continues to directly infringe at least claim 13 of the '135 Patent by making, using, offering to sell, selling, and/or importing into the United States products that comprise a method, comprising: generating an unmodulated laser source light beam at a first die in a die stack; transmitting the unmodulated source light beam to a modulator located at a receiving die in the die stack using one or more optical routing structures formed in the die stack; and generating an information-modulated optical signal from the unmodulated source light beam at one of the one or more modulators based on electrical signal information provided to said one of the one or more modulators.

59.     The Accused Products comprise a method for generating an unmodulated laser source light beam at a first die in a die stack. For example, Intel Photonic Integrated Circuits (PIC)

integrates on-chip lasers, typically indium-phosphide-based, to generate light signals ("unmodulated laser source light beam"). For example, the PIC includes waveguides to guide and manipulate the light within the chip. For example, the PIC supports dense wavelength division multiplexing (DWDM), allowing multiple data streams to be transmitted simultaneously on different wavelengths of light. For example, the PIC uses Indium Phospide (InP) die ("first die") to generate an unmodulated laser source light beam. For example, the InP die is bonded with the Si wafer that enables the creation of lasers which operate at wavelengths ideal for fibre-optic transmission.

**Intel Demonstrates First Fully Integrated Optical I/O Chiplet**

Intel's optical compute interconnect chiplet is expected to revolutionize high-speed data processing for AI infrastructure.



Intel Corporation's Integrated Photonics Solutions (IPS) Group has demonstrated the industry's first fully integrated optical compute interconnect (OCI) chiplet co-packaged with an Intel CPU and running live data. Intel's OCI chiplet enables co-packaged optical input/output in emerging AI infrastructure for data centers and high performance computing applications. (Credit: Intel Corporation)



June 26, 2024 11:00 AM Eastern Daylight Time

Source: https://www.businesswire.com/news/home/20240626986416/en/



Source: https://www.intel.com/content/www/us/en/products/details/network-io/silicon-photonics.html#tab-blade-1-0

# High-Speed Photonics Components

Our Intel® Silicon Photonics Components portfolio offers highly reliable, volume-proven solutions for pluggable data center connectivity. Features include:

- Differentiated PICs and Electrical ICs.
- 400Gbps, 800Gbps, and 1.6Tbps solutions with parallel (DR) and WDM (FR) interfaces.
- Low-cost structure available for 8-lane designs.
- On-die Integrated laser array technology fabricated at wafer-scale, unique to Intel® Silicon Photonics – No external laser required.
- Integrated solution enables wafer-scale test and laser burn-in for true photonics Known-Good-Die.
- Next-generation process technology for disruptive cost structure, size, and integration.
- Maturity – Our field-proven Intel® Silicon Photonics platform has already shipped more than 8 million PICs with over 32 million on-chip lasers embedded in pluggable optical transceivers for data center networking, with industry-leading reliability.

We currently offer the following 5 out of the 6 integrated circuits required in a pluggable transceiver module design:

- TX PIC
- RX PIC
- Driver IC
- Receiver IC (TIA)
- Controller (PMIC)

Source: https://www.intel.com/content/www/us/en/products/details/network-io/silicon-photonics.html#tab-blade-1-1



Source: https://epic-photonics.com/wp-content/uploads/2021/12/Robert-Blum-Intel.pdf



Source: https://epic-photonics.com/wp-content/uploads/2021/12/Robert-Blum-Intel.pdf



Source: https://www.intel.com/content/www/us/en/products/details/network-io/silicon-photonics.html#tab-blade-1-1



## Hybrid laser fabrication

Source: https://epic-photonics.com/wp-content/uploads/2021/04/190829_EPIC_CTO2019_P43.pdf

60.    The Accused Products comprise a method for transmitting the unmodulated source light beam to a modulator located at a receiving die in the die stack using one or more optical routing structures formed in the die stack. For example, the PIC has one or more silicon photonic (SiPh) waveguides (one or more optical routing structures) formed during the fabrication process

which enables the unmodulated source light beam generated by the InP die to transmit to the modulator located in another die ("receiving die").



Source: https://epic-photonics.com/wp-content/uploads/2023/01/Marcus-Yang-Intel.pdf



Source: https://ewh.ieee.org/soc/cpmt/presentations/cpmt1703a.pdf





Source: https://www.intel.com/content/www/us/en/products/details/network-io/silicon-photonics.html#tab-blade-1-1



Source: https://epic-photonics.com/wp-content/uploads/2021/12/Robert-Blum-Intel.pdf, pg. 24



Source: https://epic-photonics.com/wp-content/uploads/2021/12/Robert-Blum-Intel.pdf



Source: https://epic-photonics.com/wp-content/uploads/2021/12/Robert-Blum-Intel.pdf

61.    The Accused Products comprise a method for generating an information-modulated optical signal from the unmodulated source light beam at one of the one or more modulators based on electrical signal information provided to said one of the one or more modulators. For example, the PIC includes Si modulators which modulates the light beam received from the InP die based laser. For example, the PIC has modulators, such as Micro-ring or Mach Zehnder. For example, the PIC implements a method for generating an information-modulated optical signal from the unmodulated source light beam at one of the one or more modulators based on electrical signal information provided to said one of the one or more modulators.



Source: https://epic-photonics.com/wp-content/uploads/2021/12/Robert-Blum-Intel.pdf



Source: https://epic-photonics.com/wp-content/uploads/2021/12/Robert-Blum-Intel.pdf, pg. 24



Source: https://epic-photonics.com/wp-content/uploads/2021/12/Robert-Blum-Intel.pdf



Source: https://epic-photonics.com/wp-content/uploads/2021/12/Robert-Blum-Intel.pdf



Source: https://www.intel.com/content/www/us/en/newsroom/news/intel-labs-announces-integrated-photonics-research-advancement.html#gs.ho9qyt



Source: https://www.intel.com/content/www/us/en/newsroom/news/intel-labs-announces-integrated-photonics-research-advancement.html#gs.ho9qyt

62.     Intel indirectly infringes one or more claims of the '135 Patent by knowingly and intentionally inducing others, including Intel customers and end-users of the Accused Products and products that include the Accused Products, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include infringing technology, such as Intel Photonic Integrated Circuits.

63.     Intel indirectly infringes one or more claims of the '135 Patent, as provided by 35 U.S.C. § 271(b), by inducing infringement by others, such as Intel's customers and end-users, in this District and elsewhere in the United States. For example, Intel's customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the '135 Patent. Intel induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation. Because of Intel's inducement, Intel's customers and end-users use Accused Products in a way Intel intends and directly infringe the '135 Patent. Intel performs these affirmative acts with knowledge of the '135 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '135 Patent.

64.     Intel indirectly infringes one or more claims of the '135 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Intel's affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold and offered for sale contributes to others' use

and manufacture of the Accused Products, such that the '135 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the '135 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Intel to be especially made or adapted for use in the infringement of the '135 Patent. Intel performs these affirmative acts with knowledge of the '135 Patent and with intent, or willful blindness, that it causes the direct infringement of the '135 Patent.

65.     Ascale has suffered damages as a result of Defendant's direct and indirect infringement of the '135 Patent in an amount to be proved at trial.

## COUNT V
### (Infringement of the '136 Patent)

66.     Paragraphs 1 through 18 are incorporated by reference as if fully set forth herein

67.     Ascale has not licensed or otherwise authorized Intel to make, use, offer for sale, sell, or import any products that embody the inventions of the '136 Patent.

68.     Intel has and continues to directly infringe the '136 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '136 Patent. These products include at least Intel products implementing dynamic voltage scaling (DVS) and/or dynamic voltage and frequency scaling (DVFS).

69.     For example, Defendant has and continues to directly infringe at least claim 1 of the '136 Patent by making, using, offering to sell, selling, and/or importing into the United States products that practice a method of dynamic voltage scaling comprising: monitoring a dynamic voltage scaling DVS signal for a first state, the DVS signal indicative of a desired change in a supply voltage for a processor; assessing a time that the DVS signal is in the first state; providing

an adjustment signal to a power supply for real-time dynamic adjustments of the supply voltage, wherein the adjustment signal is based on the assessing a time that the DVS signal is in the first state; and wherein the assessing a time further comprises counting clock edges during the first state.

70.    The Accused Products practice a method of monitoring a dynamic voltage scaling DVS signal for a first state, the DVS signal indicative of a desired change in a supply voltage for a processor. For example, Intel 12th Generation processors, such as the Core i7-12700K, implement DVFS, which includes monitoring a dynamic voltage scaling signal for a first state (e.g., a low state, a high state, a P-State, and/or a state associated with a given work point).

## SAGV Points

SAGV (System Agent Geyserville) is a way by which they SoC can dynamically scale the work point (V/F), by applying DVFS (Dynamic Voltage Frequency Scaling) based on memory bandwidth utilization and/or the latency requirement of the various workloads for better energy efficiency at System-Agent. Pcode heuristics are in charge of providing request for Qclock work points by periodically evaluating the utilization of the memory and IA stalls.

**SA Speed Enhanced Speed Steps (SA-GV) and Gear Mode Frequencies**

|   | Technology | DDR Maximum Rate [MT/s] | SAGV-LowBW | SAGV-MedBW | SAGV-HighBW | SAGV- MaxBW/ lowest latency |
|---|---|---|---|---|---|---|
| S | DDR4 | 3200 | 2133 G2 | 2666 G1 | 2933 G1 | 3200 G1 |
|   | DDR5 1DPC | 4800 | 2000 G2 | 3600 G2 | 4400 G2 | 4800 G2 |

Notes:
1. 12th Generation Intel® Core™ Processors supports dynamic gearing technology where the Memory Controller can run at 1:1 (Gear-1, Legacy mode) or 1:2 (Gear-2 mode) and 1:4 (Gear-4 mode) ratio of DRAM speed. The gear ratio is the ratio of DRAM speed to Memory Controller Clock. MC Channel Width equal to DDR Channel width multiply by Gear Ratio
2. SA-GV modes
   a. **LowBW**- Low frequency point, Minimum Power point. Characterized by low power, low BW, high latency. The system will stay at this point during low to moderate BW consumption.
   b. **MedBW** - Tuned for balance between power & performance
   c. **HighBW** Characterized by high power, low latency, moderate BW also used as RFI mitigation point.
   d. **MaxBW/ lowest latency** Lowest Latency point, low BW and highest power.

https://edc.intel.com/content/www/us/en/design/ipla/software-development-platforms/client/platforms/alder-lake-desktop/12th-generation-intel-core-processors-datasheet-volume-1-of-2/001/sagv-points/

71.    The Accused Products practice a method of assessing a time that the DVS signal is in the first state. For example, Intel 12th Generation processors, such as the Core i7-12700K,

implement DVFS which, upon information and belief, includes measuring a time (e.g., in clock cycles) in which the processor and/or memory controller is in a given state. For example, upon information and belief, measuring a gear ratio of DRAM speed to memory controller clock includes assessing a time, at least in terms of clock cycles.

72.    The Accused Products practice a method of providing an adjustment signal to a power supply for real-time dynamic adjustments of the supply voltage, wherein the adjustment signal is based on the assessing a time that the DVS signal is in the first state. For example, Intel 12th Generation processors, such as the Core i7-12700K, implement DVFS, which includes scaling voltage (e.g., a voltage work point) based on memory bandwidth utilization, latency requirements, and/or other operating point requirements (e.g., SAGV points). As a further example, upon information and belief, the Accused Products implementing DVFS support adaptive voltage, including in the context of overclocking.

73.    The Accused Products practice a method wherein the assessing a time further comprises counting clock edges during the first state. For example, Intel 12th Generation processors, such as the Core i7-12700K, which implement DVFS measure a "gear ratio" of DRAM speed to memory controller clock based assessing a number of clock cycles which, upon information and belief, entails counting a number of rising and/or falling clock edges.

74.    Intel indirectly infringes one or more claims of the '136 Patent by knowingly and intentionally inducing others, including Intel customers and end-users of the Accused Products and products that include the Accused Products, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include infringing technology, such as Intel products implementing dynamic voltage scaling (DVS) and/or dynamic voltage and frequency scaling (DVFS).

75.     Intel indirectly infringes one or more claims of the '136 Patent, as provided by 35 U.S.C. § 271(b), by inducing infringement by others, such as Intel's customers and end-users, in this District and elsewhere in the United States. For example, Intel's customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the '136 Patent. Intel induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation. Because of Intel's inducement, Intel's customers and end-users use Accused Products in a way Intel intends and directly infringe the '136 Patent. Intel performs these affirmative acts with knowledge of the '136 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '136 Patent.

76.     Intel indirectly infringes one or more claims of the '136 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Intel's affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold and offered for sale contributes to others' use and manufacture of the Accused Products, such that the '136 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the '136 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Intel to be especially made or adapted for use in the infringement of the

'136 Patent. Intel performs these affirmative acts with knowledge of the '136 Patent and with intent, or willful blindness, that it causes the direct infringement of the '136 Patent.

77.    Ascale has suffered damages as a result of Defendant's direct and indirect infringement of the '136 Patent in an amount to be proved at trial.

## **PRAYER FOR RELIEF**

WHEREFORE, Ascale prays for relief against Intel as follows:

a.    Entry of judgment declaring that Intel has directly and/or indirectly infringed one or more claims of the Patents-in-Suit;

b.    Entry of judgment declaring that Intel's infringement of the Patents-in-Suit is willful;

c.    An order awarding damages sufficient to compensate Ascale for Defendant's infringement of the Patents-in-Suit, but in no event less than a reasonable royalty, together with pre-judgment and post-judgment interest and costs;

d.    Entry of judgment declaring that this case is exceptional and awarding Ascale its costs and reasonable attorneys' fees under 35 U.S.C. § 285;

e.    An accounting for acts of infringement;

f.    Such other equitable relief which may be requested and to which the Plaintiff is entitled; and

g.    Such other and further relief as the Court deems just and proper.


Dated: June 16, 2025                    Respectfully submitted,

                                         /s/Raymond W. Mort, III
                                        Raymond W. Mort, III
                                        Texas Bar No. 00791308
                                        Email: raymort@austinlaw.com

The Mort Law Firm, PLLC
111 Congress Avenue, Suite 500
Austin, Texas· 78701
Telephone/Fax: (512) 677-6825

Peter Lambrianakos (*Pro Hac Vice to be filed*)
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III (*Pro Hac Vice to be filed*)
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
Jacob Ostling (*Pro Hac Vice to be filed*)
NY Bar No. 5684824
Email: jostling@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

***ATTORNEYS FOR PLAINTIFF***
***ASCALE TECHNOLOGIES LLC***