**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| ASCALE TECHNOLOGIES LLC, | § | Case No. 7:25-cv-00273-ADA |
| Plaintiff, | § | **JURY TRIAL DEMANDED** |
| v. | § | |
| INTEL CORPORATION, | § | |
| Defendant. | § | |

**SCHEDULIUNG ORDER**

| **Deadline** | **Event** |
|---|---|
| 12/1/2025 | Deadline to file a motion to transfer. After this deadline- movants must seek leave of Court and show good cause for the delay. |
| 12/3/2025 | The Parties shall submit an agreed Scheduling Order. If the parties cannot agree, the parties shall submit a separate Joint Motion for entry of Scheduling Order briefly setting forth their respective positions on items where they cannot agree. Absent agreement of the parties, the Plaintiff shall be responsible for the timely submission of this and other Joint filings. |
| 12/12/2025 | Deadline for Defendant to respond to Plaintiff's First Amended Complaint. *See* Dkt. 32. |
| 1/9/2026 | Deadline for Plaintiff to make any subsequent responsive pleading or answer to counterclaims. *See* Dkt. 32. |
| 2/27/2026 | Defendant serves preliminary invalidity contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendant contends are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendant contends are directed to ineligible subject matter under section 101. Defendant shall also produce (1) all prior art referenced in the invalidity contentions, and (2) technical documents, including software where applicable, sufficient to show the operation of the accused product(s). |
| 1/12/2026 | Parties exchange claim terms for construction. |
| 1/26/2026 | Parties exchange proposed claim constructions. |
| 2/2/2026 | Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the |

| Deadline | Event |
|---|---|
| | witness's expected testimony[1]. With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. |
| 2/9/2026 | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |
| 2/16/2026 | Defendant files Opening claim construction brief, including any arguments that any claim terms are indefinite. |
| 3/9/2026 | Plaintiff files Responsive claim construction brief. |
| 3/23/2026 | Parties to jointly email the law clerks (*see* OGP at 1) to confirm their *Markman* date and to notify if any venue or jurisdictional motions remain unripe for resolution. |
| 3/23/2026 | Defendant files Reply claim construction brief. |
| 4/6/2026 | Plaintiff files a Sur-Reply claim construction brief. |
| 4/9/2026 | Parties submit Joint Claim Construction Statement.<br><br>*See* General Issues Note #9 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |
| 4/13/2026 | Parties submit optional technical tutorials to the Court and technical adviser (if appointed). |
| 4/20/2026 | ***TENTATIVE*** *Markman* Hearing at 1:00 p.m. via Zoom. This date is a placeholder and the Court may adjust this date as the Markman hearing approaches. |
| 4/21/2026 | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |
| 6/1/2026 | Deadline to add parties. |
| 6/15/2026 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to infringement or invalidity contentions. This deadline does not relieve the parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| 6/15/2026 | Preliminary election of asserted claims, which shall assert no more than ten claims from each patent and not more than a total of 32 claims. |
| 6/29/2026 | Preliminary election of asserted prior art which shall assert no more than 15 prior art references against each patent and not more than a total of 50 references. Each obviousness combination counts as a separate prior art reference. |
| 8/10/2026 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion.) |
| 10/19/2026 | Final election of asserted claims identifying no more than five asserted |

[1] Any party may utilize a rebuttal expert in response to a brief where expert testimony is relied upon by the other party

| **Deadline** | **Event** |
|---|---|
| | claims per patent from among the ten previously identified claims and no more than a total of 16 claims. |
| | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court to arrange a teleconference with the Court to resolve the disputed issues |
| 11/16/2026 | Close of Fact Discovery. |
| 11/23/2026 | Opening Expert Reports. |
| 11/23/2026 | Final election of prior art, identifying no more than 6 asserted prior art references per patent among the 15 prior art references previously identified for that particular patent and no more than a total of 30. Each obviousness combination counts as a separate prior art reference. |
| 12/21/2026 | Rebuttal Expert Reports. |
| 1/11/2027 | Close of Expert Discovery. |
| 1/18/2027 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| 1/25/2027 | Dispositive motion deadline and Daubert motion deadline.<br><br>*See* General Issues Note #9 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |
| 1/25/2027 | Deadline for parties desiring to consent to trial before the magistrate judge to submit Form AO 85, "Notice, Consent, And Reference Of A Civil Action To A Magistrate Judge." |
| 2/8/2027 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |
| 2/22/2027 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| 2/22/2027 | Parties to jointly email the Court's law clerk (*See* OGP at 1) to confirm their pretrial conference and trial dates. |
| 3/1/2027 | Serve objections to rebuttal disclosures; file Motions *in limine*. |
| 3/8/2027 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. |
| 3/15/2027 | Deadline to file replies to motion in limine. |

| Deadline | Event |
|---|---|
| 3/15/2027 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com. |
| 3/15/2027 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| 3/26/2027 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| 3/29/2027 | Final Pretrial Conference. |
| 4/19/2027 | Jury Selection/Trial. |

Date: 12/9/2026

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE