**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| ASCALE TECHNOLOGIES LLC, | § | Case No. 7:25-cv-00273-LS |
| Plaintiff, | § | **JURY TRIAL DEMANDED** |
| v. | § | [redacted] |
| INTEL CORPORATION, | § | |
| Defendant, | § | |
| and | § | |
| ALTERA CORPORATION, | § | |
| Defendant. | § | |

**DECLARATION OF JORDAN L. HIRSCH IN SUPPORT OF INTEL CORPORATION AND ALTERA CORPORATION'S MOTION FOR LEAVE TO AMEND FINAL INVALIDITY CONTENTIONS**

I, Jordan L. Hirsch, declare as follows:

1. I am an attorney at the law firm of WilmerHale, counsel for Defendant Intel Corporation ("Intel") in the above-captioned matter *Ascale Technologies LLC v. Intel Corp.*, No. 7:25-cv-00273-LS (W.D. Tex.). I am licensed to practice law in Massachusetts and am admitted *pro hac vice* in this action.

2. I am familiar with the facts set forth herein and make this declaration in support of Intel and Altera Corporation's ("Altera," and with Intel, "Defendants") Motion to Amend Final Invalidity Contentions.

3. Ascale filed this lawsuit in June 2025, asserting five patents, including U.S. Patent No. 7,490,266 ("the '266 patent"). On each of January 8, March 6, and March 24, 2026 WilmerHale attorneys working on this case called Marcus May, the named inventor of the '266

patent, who is not represented by Ascale's attorneys. Mr. May did not answer these calls.

4. On July 24, 2026, I was able to speak with Mr. May. WilmerHale now represents Mr. May, but during the July 24 discussion when Mr. May was not represented, he stated that in the early 2000s he worked on the STMP3550 product that was made by SigmaTel. Mr. May stated that the STMP3550 included a power monitor circuit and was used in the first-generation iPod Shuffle.

5. Intel then investigated the STMP3550, including by contacting NXP. Intel had previously subpoenaed NXP but did not receive any documents relating to the STMP3550 in response to the subpoena. On August 4, 2026, Intel requested that NXP perform an additional search for documents specific to the STMP3550.

6. On August 12, 2026, NXP produced more than 10,000 new documents, [redacted]

7. Defendants contacted Ascale Technologies LLC ("Ascale") on August 28, 2026 to seek agreement to add the STMP3550 to their Final Invalidity Contentions. Ascale refused.

8. Attached hereto as Exhibit A is a true and correct copy of the proposed amendment to Defendants' Final Invalidity Contentions, including the claim chart for the STMP3550 showing how the product discloses each of the limitations of the asserted claims of the '266 patent at least under the interpretation of the claims Ascale is using to allege infringement.

9. Attached hereto as Exhibit B is a true and correct copy of the cover pleading to Intel's and Altera's Final Invalidity Contentions, dated June 15, 2026.

10. Attached hereto as Exhibit C is a true and correct copy of Intel's and Altera's First Set of Interrogatories to Ascale (Nos. 1-18), dated April 21, 2026.

11. Attached hereto as Exhibit D is a true and correct copy of Intel's Document Subpoena to third party NXP, dated May 28, 2026.

12. Attached hereto as Exhibit E is a true and correct copy of Ascale's Second Supplemental Responses and Objections to Intel's and Altera's First Set of Interrogatories (Nos. 1-18), dated August 17, 2026.

13. Attached hereto as Exhibit F is a true and correct copy of NXP's Objections and Responses to Intel's Document Subpoena, dated June 11, 2026.

14. Attached hereto as Exhibit G is a true and correct copy of an Apple press release titled "Apple Introduces iPod shuffle," dated January 11, 2005.

15. Attached hereto as Exhibit H is a true and correct copy of an EE Times article titled "Entry-level iPod Shuffles in," dated September 26, 2005.

16. Attached hereto as Exhibit I is a true and correct copy of an email from Alicia Coneys of WilmerHale to Michael Chibib, counsel for NXP, dated August 4, 2026.

17. Attached hereto as Exhibit J is a true and correct copy of a document titled [redacted]

18. Attached hereto as Exhibit K is a true and correct copy of a document titled [redacted]

19. Attached hereto as Exhibit L is a true and correct copy of a document titled [redacted]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 4, 2026

*/s/ Jordan L. Hirsch*
Jordan L. Hirsch