**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| ASCALE TECHNOLOGIES LLC,<br><br>Plaintiff,<br>v.<br><br>INTEL CORPORATION,<br><br>Defendant.<br>and<br><br>ALTERA CORPORATION,<br><br>Intervenor. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 7:25-cv-00273-LS<br><br>**JURY TRIAL DEMANDED** |

**AMENDED SCHEDULING ORDER**

The Court ORDERS that the following Schedule will govern deadlines up to and including the trial of this matter:

| Original Deadline | Ascale's Proposed Deadline | Intel/Altera's Proposed Deadline | Event |
|---|---|---|---|
| 10/19/2026 | 7/19/2027 | 07/19/2027 | Final election of asserted claims identifying no more than five asserted claims per patent from among the ten previously identified claims and no more than a total of 16 claims. |
| | | | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court to arrange a teleconference with the Court to resolve the disputed issues. |
| 11/16/2026 | 8/16/2027 | 11/16/2026 | Close of Fact Discovery. |
| 11/23/2026 | 8/23/2027 | 8/23/2027 | Opening Expert Reports.<br><br>Third-party Fact Discovery Deadline |
| 11/23/2026 | 8/23/2027 | 8/23/2027 | Final election of prior art, identifying no more than 6 asserted prior art references per patent among the 15 prior art references previously identified for that particular patent and no more than a total of |

| Original Deadline | Ascale's Proposed Deadline | Intel/Altera's Proposed Deadline | Event |
|---|---|---|---|
| | | | 30. Each obviousness combination counts as a separate prior art reference. |
| 12/21/2026 | 9/21/2027 | 9/21/2027 | Rebuttal Expert Reports. |
| 1/11/2027 | 10/12/2027 | 10/12/2027 | Close of Expert Discovery. |
| 1/18/2027 | 10/18/2027 | 10/18/2027 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| 1/25/2027 | 10/25/2027 | 10/25/2027 | Dispositive motion deadline and Daubert motion deadline.<br><br>*See* General Issues Note #9 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |
| 1/25/2027 | 10/25/2027 | 10/25/2027 | Deadline for parties desiring to consent to trial before the magistrate judge to submit Form AO 85, "Notice, Consent, And Reference Of A Civil Action To A Magistrate Judge." |
| 2/8/2027 | 11/8/2027 | 11/8/2027 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |
| 2/22/2027 | 11/22/2027 | 11/22/2027 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| 2/22/2027 | 11/22/2027 | 11/22/2027 | Parties to jointly email the Court's law clerk (*See* OGP at 1) to confirm their pretrial conference and trial dates. |
| 3/1/2027 | 12/1/2027 | 12/1/2027 | Serve objections to rebuttal disclosures; file Motions *in limine*. |
| 3/8/2027 | 12/8/2027 | 12/8/2027 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. |
| 3/15/2027 | 12/15/2027 | 12/15/2027 | Deadline to file replies to motion in limine. |

| **Original Deadline** | **Ascale's Proposed Deadline** | **Intel/Altera's Proposed Deadline** | **Event** |
|---|---|---|---|
| 3/15/2027 | 12/15/2027 | 12/15/2027 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com. |
| 3/15/2027 | 12/15/2027 | 12/15/2027 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| 3/26/2027 | 12/28/2027 | 12/28/2027 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| 3/29/2027 | TBD | TBD | Final Pretrial Conference. |
| 4/19/2027 | TBD | TBD | Jury Selection/Trial. |

SIGNED this ___ day of ___________, 2026.

______________________________
LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE